

# NUMBER 13-23-00017-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

JEFFREY RAY VAUGHAN,                                                    Appellant,

v.

RAUL MEDINA, PIERRE NEWKIRK,
AND LAW OFFICE OF RAUL
MEDINA, P.C.,                                                          Appellees.

---

On appeal from the 430th District Court
of Hidalgo County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Silva
Order Per Curiam**

On January 13, 2023, appellant Jeffrey Ray Vaughan filed an emergency motion for stay pending appeal pursuant to Rule 10 of the Texas Rules of Appellate Procedure. *See generally* TEX. R. APP. P. 10. This Court requested appellees, Raul Medina, Pierre Newkirk, and Law Office of Raul Medina, P.C., to file a response to this motion on or

before 3:00 p.m. on Monday, January 16, 2023. The Court has now received and reviewed appellees' response.

The Court, having examined and fully considered the emergency motion for stay and the response filed by appellees, is of the opinion that the appellant's emergency motion for stay should be denied. Accordingly, we deny appellant's emergency motion for stay pending appeal.

PER CURIAM

Delivered and filed on the
17th day of January, 2023.